JEFFERSON BANK, Respondent, *v.* JACOB ROSENTHAL et al., Appellants.

*Jefferson Bank* v. *Cohn,* 130 App. Div. 902, affirmed.
(Argued April 5, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 25, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a promissory note.

*Frederick Wiener* for appellants.

*Max D. Steuer* for respondent.

Judgment affirmed, with costs, on the authority of *American Linen Thread Co.* v. *Wortendyke* (24 N. Y. 550); no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.